**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                                          Civil Action No. 2:14-cv-14323-GAD-MJH

JOHN DOE, subscriber assigned IP address 98.250.157.45,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT AND**
**VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP address 98.250.157.45. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: December 23, 2014

                                                          Respectfully submitted,

                                                          By:    /s/ *Paul J. Nicoletti*
                                                          Paul J. Nicoletti
                                                          pauljnicoletti@gmail.com
                                                          NICOLETTI LAW, PLC
                                                          33717 Woodward Avenue, Suite #433
                                                          Birmingham, Michigan 48009
                                                          Phone: (248) 203-7800
                                                          *Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 23, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                      By:  /s/ *Paul J. Nicoletti*_____
                                      Paul J. Nicoletti